# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANISAH PIERCE,

    Plaintiff,

v.                                                                   Case No.:

OPIS MANAGEMENT RESOURCES, LLC,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Anisah Pierce, by and through undersigned counsel, herby sues Defendant, Opis Management Resources, LLC, and in support of states as follows:

## NATURE OF ACTION

1. This is an action for monetary damages, costs, and reasonable attorney's fees to redress Defendant's violations of Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et. seq.* ("Title VII").

## JURISDICTION AND VENUE

2. This Court has jurisdiction of the claims herein pursuant to 28 U.S.C. §§ 1331 and 1343, as this action involves federal questions regarding the deprivation of Plaintiff's rights under Title VII.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to this action, including the unlawful employment practices alleged herein, occurred in this district.

## PARTIES

4. Plaintiff is a resident of Pinellas County, Florida.

5. Plaintiff worked for Defendant in Pinellas County, Florida.

6. Defendant is a Florida limited liability company.

7. At all times mentioned herein, before and after, the persons responsible for perpetrating discriminatory actions against Plaintiff were agents, servants, and employees of Defendant and were at all times acting within the scope and course of their agency and employment, and/or the actions were expressly authorized by Defendant and/or their actions were ratified by Defendant, thus making Defendant liable for said actions.

8. Plaintiff is considered an "employee" within the meaning of Title VII.

9. Defendant is considered an "employer" within the meaning of Title VII.

## PROEDURAL REQUIREMENTS

10.     Plaintiff timely dual-filed a charge of discrimination against Defendant with the Florida Commission on Human Relations and the Equal Employment Opportunity Commission ("EEOC").

11.     The EEOC issued a "Dismissal and Notice of Rights" letter on October 12, 2021 authorizing an action to be commenced within ninety (90) days of receipt of that letter.

12.     This complaint was filed within ninety (90) days of receipt of the "Dismissal and Notice of Rights" letter.

## STATEMENT OF FACTS

13.     Plaintiff is a black female.

14.     On or about June 21, 2016, Plaintiff began employment with Defendant as a certified nursing assistant.

15.     On or about August 17, 2020, Plaintiff's co-worker, Harry (last name unknown) made a comment to Plaintiff regarding her being "mammy" and her "picking cotton".

16.     Plaintiff immediately informed her co-worker, Kalee Mummert, and unit manager, Linda Rounds ("Ms. Rounds") of the harassing and discriminatory comments of Harry.

17. Ms. Rounds informed Plaintiff that Ms. Rounds would report the matter to Administrator Theresa Felicione ("Ms. Felicione") when Ms. Felicione arrived later that day.

18. Later that same day Plaintiff met with Ms. Felicione and Ms. Rounds regarding the matter and made a complaint regarding the harassing and discriminatory comments of Harry.

19. Subsequently, Plaintiff met with Jenny Givens ("Ms. Given"), Director of Nursing, and Roy (last name unknown). During this meeting Plaintiff again made a complaint regarding the harassing and discriminatory comments of Harry.

20. At the end of the meeting, Ms. Givens advised Plaintiff that she was being suspended pending an investigation.

21. On or about August 25, 2020, Plaintiff met with Ms. Felicione and Roy wherein she was terminated.

22. Plaintiff has satisfied all conditions precedent, or they have been waived.

23. Plaintiff has retained the undersigned attorney and agreed to pay him a fee.

## CLAIMS FOR RELIEF

### Count I – Discrimination in Violation of Title VII

24. All allegations prior to Count I are reallaged and incorporated herein.

25. Plaintiff is a black female.

26. Defendant treated Plaintiff differently than similarly situated non-black employees of Defendant by, *inter alia*, subjecting Plaintiff to different treatment with regard to Defendant's progressive disciplinary policy and by unlawfully terminating Plaintiff.

27. As a direct and proximate cause of Defendant's unlawful treatment of Plaintiff, including her unlawful termination, Plaintiff has been damaged and is entitled to relief set forth in the Prayer for Relief below.

## Count II – Retaliation in Violation of Title VII

28. All allegations prior to Count I are reallaged and incorporated herein.

29. Plaintiff engaged in protected activity by filing several complaints regarding harassment and discrimination with Defendant during her employment.

30. Defendant took an adverse employment action by unlawfully suspending and unlawfully terminating Plaintiff.

31. Plaintiff's protected activity was the reason that Defendant took the adverse employment actions against Plaintiff.

32. As a direct and proximate cause of Defendant's unlawful demotion and unlawful termination of Plaintiff, Plaintiff has been damaged and is entitled to relief set forth in the Prayer for Relief below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

(a) That process issue and that this Court take jurisdiction over the case;

(b) Judgement against Defendant in the amount of Plaintiff's back wages and back benefits, front-pay, compensatory damages, including emotional distress damages, in an amount to be proved at trial, liquidated damages, punitive damages, and prejudgment interest thereon;

(c) All costs and reasonable attorney's fees in litigating this matter (including expert fees); and

(d) For such further relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all triable issues herein.

Respectfully submitted this 7th day of January, 2022 by:

/s/ Jason B. Woodside
Jason B. Woodside, Esq.
FL Bar No. 104848
Woodside Law, P.A.
100 South Ashley Drive
Suite 600
Tampa, FL 33602
T: (813) 606-4872
F: (813) 333-9845
Email:Jason@woodsidelawpa.com
*Trial Counsel for Plaintiff*